W. N. Clark Company, Respondent, v. Ella R. Anderson, Individually and as Administrator, etc., of Jane R. Brown, Deceased, Appellant.— Judgment

affirmed, with costs. All concur. (The judgment is for plaintiff in an action for a declaratory judgment seeking to bind defendant individually and as administrator by the terms of an amendment to plaintiff's certificate of incorporation.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.